**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1657**

———————————

KENNETH M. BRYANT; BETSY H. BRYANT,

Plaintiffs - Appellants,

and

BRYANT WASTE MANAGEMENT, INCORPORATED,

Plaintiff,

versus

COLONIAL PIPELINE COMPANY; ELDER CONSTRUCTION
COMPANY, INCORPORATED,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.  Jackson L. Kiser, Senior
District Judge.  (CA-88-208-L)

———————————

Submitted:  September 22, 1998      Decided:  November 23, 1998

———————————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kenneth M. Bryant, Betsy H. Bryant, Appellants Pro Se.   Clayton
Lewis Walton, WILLIAMS, MULLEN, CHRISTIAN, & DOBBINS, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting Appellees' motion to enforce the settlement agreement and denying Appellants' motion to enforce the settlement agreement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bryant v. Colonial Pipeline Co. No. CA-88-208-L (W.D. Va. May 4, 1998). We deny Appellants' motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED